IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROLANDIS CHATMON**                                                                                          **PLAINTIFF**
**ADC #140078**

v.                                              No. 4:23-CV-00689-LPR

**DEMETRIA HENRY**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE